# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RASAUN JOHNSON, ) | |
| Plaintiff, ) | 2:17-cv-01540-RFB-CWH |
| vs. ) | **REPORT AND RECOMMENDATION** |
| LAS VEGAS METROPOLITAN POLICE ) DEPARTMENT, et al., ) | |
| Defendants. ) | |

On January 30, 2019, the court entered an order requiring pro se plaintiff Rasaun Johnson to file an updated application to proceed *in forma pauperis* and to provide the court with his current contact information. (Order (ECF No. 5).) Johnson's deadline for doing so was March 1, 2019. (*Id.*) Johnson was advised that failure to comply with the order would result in a recommendation that his case be dismissed without prejudice. (*Id.* at 2.) The court's order was returned as undeliverable. (Mail Returned (ECF No. 6).) Johnson has not taken any action in this case since the court's order dated January 30, 2019, and he therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Johnson's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive

the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

Dated: March 7, 2019

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE

2