UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RASAUN JOHNSON,<br><br>                          Plaintiff,<br><br>     v.<br><br>LAS VEGAS METROPOLITAN DEPARTMENT, *et al.*,<br><br>                          Defendants. | Case No. 2:17-cv-01540-RFB-CWH<br><br>**<u>ORDER</u>** |

      Before the Court for consideration is the Report and Recommendation [ECF No. 7] of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered March 7, 2019.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 21, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Amended Report and Recommendation [ECF No. 7] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Johnson's case is DISMISSED without prejudice.

The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: April 11, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**